Shawn James #4129

plantiff(s)

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA

witness(s)

SCOTT SIMMONS    TYLER BARTMAN
THOMAS MOFFITT   SHAUN BOATMON
MORGAN FOSTER    RAPHAEL HASTE
DONALD WHITE     JOSEPH BROWN

**FILED**
**02/28/2024**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

3:24-cv-00043-RLY-CSW

VS

THE VANDERBURGH COUNTY SHERIFFS DEPT. et al

defendant(s)

## MOTION TO FILE 42 USC. § 1983

Now comes by pro-se Shawn James to move this honorable district court to file this 42 USC § 1983 for the following reasons stemming from an incident that occured on Feb 16, 2024 inside my night cell in the county jail in front of all my cellmates and in front of my girlfriend while we were on the video visit Kiosk machine having our visit.

1. The video visit Kiosk machine malfunctioning.
2. The video visit Kiosk machine not being fixed for over a week after we were all told that work orders had been put in on it and after several times we made the problem aware to numerous jailors and no action was taken.

3. The Kiosk machine shocking all of my cellmates who I have listed in my witness list. All of whom had reported their incidents to the jailors and no action was taken.

4. The Kiosk machine shocking me causing me to loose consciencness and fall to the floor.

On Feb 16, 2024 at 8:00pm I was having a video visit with my girlfriend Hunter Robold on the video visit Kiosk machine located in my night cell (A3-6) About six minutes into the visit I leaned against the shower and was violently shocked and thrown to the floor causing me to loose consciencness. I regained consciencness moments later with officer Streets standing over the top of me and asking me if I was OK and what happened while he helped me up off the floor and over to the picnic table to sit down and wait for nurse Kelsey to get there. Other officers including C.O. Dunlap, C.O. cargass C.O. entee and C.O. Pollock were also present began to have my cell mates exit the night cell to give the nurse some room and began questioning them about what had just happened. I've been under Dr. care for about a year now because of heart failure and consider myself very lucky that being shocked like that did not cause me to have a fatel heart attack. This fact and the fact that my fellow cellmates have gotten shocked and made the jail aware of the problem and no action was taken to fix the machine and prevent any more possible injuries placed us all in direct danger. This is not in any way providing us with a safe environment and is subjecting us all to a form of cruel and unusual punishment which is a violation of our rights

printed: SHAWN JAMES
signed: Shawn James
dated: Feb 24, 2024

# CERTIFICATE of SERVICE

I hearby certify by first class mail, I by pro-se Shawn James #4129 have sent a motion to amend 1983 to the following, The office of the clerk of the United States clerk.

304 United States Cort House
101 N.W. Martin Luther King Jr. blvd.
Evansville, Ind.
47708

printed: Shawn James
signed: Shawn James
dated: Feb 24, 2024