UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| SHAWN JAMES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 3:24-cv-00043-RLY-CSW |
| VANDERBURGH COUNTY SHERIFFS DEPT., | ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is **DISMISSED** for failure to state a claim upon which relief can be granted.

Date: 1/15/2025

Kristine L. Seufert, Clerk
United States District Court

_____
By: Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

SHAWN JAMES
321 E. Virginia Street
Evansville, IN 47711